UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JARIAN MADISON | CIVIL ACTION |
| VERSUS | |
| PALA INTERSTATE, LLC | NO.: 13-00765-BAJ-RLB |

### RULING AND ORDER

Before the Court is Plaintiff's **Motion to Strike Defendant's Memorandum in Support of Motion for Summary Judgment (Doc. 28)**, filed by Jarian Madison, seeking an order from this Court striking Defendant's Memorandum in Support of its Motion for Summary Judgment on the grounds that it failed to conform with the thirty-page limit outlined in Local Rule 7.5.

It is well-established that district court judges have broad discretion to manage their dockets. *See Elgin v. Dep't of Treasury*, 132 S. Ct. 2126, 2147 (2012); *Sims v. ANR Freight Sys., Inc.*, 77 F.3d 846, 849 (5th Cir. 1996). On this ground, the Court will **DENY** the Plaintiff's motion.[1]

Baton Rouge, Louisiana, this 18th day of December, 2014.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] The Court notes, however, that strictly speaking, Defendant's brief exceeds the thirty-page limit by two pages. Counsel for the Defendant is urged to comply with all Local Rules in the future, or request leave of the Court for noncompliance.